UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO VALENCIA,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00554-ART-CSD<br><br>ORDER |

In this habeas corpus action, the Court appointed counsel for Petitioner Ignacio Valencia (ECF No. 4), and, after counsel appeared on his behalf (ECF Nos. 8, 9), the Court entered a scheduling order. In the scheduling order (ECF No. 10), entered January 27, 2023, the Court gave Valencia 90 days—until April 27, 2023—to file an amended habeas petition.

On April 27, 2023, Valencia filed a motion for extension of time (ECF No. 16), requesting a 90-day extension of time—to July 26, 2023—to file his first amended petition. Valencia's counsel states that the extension of time is necessary because of her obligations in other cases and because she has not yet met with Valencia in person. Valencia's counsel represents that Respondents do not oppose the motion for extension of time.

///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 16) is granted. Petitioner will have until and including July 26, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered January 27, 2023 (ECF No. 10) will remain in effect.

DATED THIS 1st day of May, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE