UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO VALENCIA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00554-ART-CSD<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period (ECF No. 10) and a 90-day extension of time (ECF No. 17), Petitioner Ignacio Valencia, who is represented by appointed counsel, was to file an amended petition for writ of habeas corpus by July 26, 2023.

On July 26, 2023, Valencia filed a motion for extension of time (ECF No. 18), requesting a further 61-day extension of time—to September 25, 2023—to file his first amended petition. Valencia's counsel states that the extension of time is necessary because of her obligations in other cases. Valencia's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that Valencia's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 18) is granted. Petitioner will have until and including September 25, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered January 27, 2023 (ECF No. 10) will remain in effect.

DATED THIS 28th day of July, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE