1

2                           UNITED STATES DISTRICT COURT

3                                DISTRICT OF NEVADA

4    IGNACIO VALENCIA,                          Case No. 3:22-cv-00554-ART-CSD

5                           Petitioner,                      ORDER

6         v.

7    TIM GARRETT, *et al.*,

8                           Respondents.

9

10         This habeas corpus action was stayed on October 16, 2023, to allow

11   Petitioner Ignacio Valencia, represented by appointed counsel, to investigate the

12   case before proceeding. (ECF No. 21.) Valencia filed regular status reports during

13   the stay. (*Id.*) In a status report filed September 17, 2025, Valencia states that

14   the stay is no longer necessary, and he requests that the Court set a deadline

15   for him to file an amended petition. (ECF No. 26.) The Court will, therefore, order

16   the stay lifted and will grant Valencia 60 days to file an amended petition. In

17   setting that deadline, the Court does not mean to make any comment upon, or

18   affect in any manner, the operation of any applicable statute of limitations.

19         It is therefore ordered that the stay of this action is lifted. The Clerk of the

20   Court is directed to reopen the case.

21         It is further ordered that Petitioner will have 60 days from the entry of this

22   order to file an amended petition for writ of habeas corpus. In all other respects,

23   the schedule for further proceedings set forth in the order entered January 27,

24   2023 (ECF No. 10) remains in effect.

25         DATED THIS 3rd day of October 2025.

26

27                                              _____
                                                ANNE R. TRAUM
28                                              UNITED STATES DISTRICT JUDGE

                                              1