UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO VALENCIA, | Case No. 3:22-cv-00554-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Ignacio Valencia, represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by December 2, 2025. (*See* ECF No. 27.) On December 2, Valencia filed a motion for extension of time, requesting a 14-day extension, to December 16. (ECF No. 28.) Valencia's counsel states that the extension is necessary because of obligations in other cases and represents that Respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 28) is granted. Petitioner will have until and including December 16, 2025, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 27, 2023 (ECF No. 10) remains in effect.

///

///

///

///

///

1

1   It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Nethanjah Breitenbach is substituted for Tim Garrett as the respondent warden. The Clerk of Court is directed to update the docket to reflect this change.

DATED THIS 4th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE