UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO VALENCIA, | Case No. 3:22-cv-00554-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Ignacio Valencia, represented by appointed counsel, was due to file an amended habeas petition by December 16, 2025. (*See* ECF No. 29.) On December 16, Valencia filed a motion for extension of time, requesting a 7-day extension, to December 23. (ECF No. 30.) On December 23, Valencia filed the amended petition, as contemplated in the motion for extension of time. (ECF No. 32.) Valencia's counsel states that the extension was necessary because of obligations in other cases and personal matters, and counsel represents that Respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 30) is granted. Petitioner's amended petition will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 27, 2023 (ECF No. 10) remains in effect (Respondents' response to the amended petition is due February 23, 2026).

1   DATED THIS 7th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE