UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNACIO VALENCIA,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:22-cv-00554-ART-CSD

ORDER

In this habeas corpus action, the respondents were due to respond to the petitioner's amended petition for writ of habeas corpus by February 23, 2026. *See* ECF No. 10. On February 23, Respondents filed a motion for extension of time, requesting a 60-day extension, to April 24, 2026. (ECF No. 36.) Respondents' counsel states that the extension is necessary because of obligations in other cases and represents that Petitioner Ignacio Valencia, who is represented by appointed counsel, does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 36) is granted. Respondents will have until and including April 24, 2026, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 27, 2023 (ECF No. 10) remains in effect.

DATED THIS 25th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1