UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IGNACIO VALENCIA,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:22-cv-00554-ART-CSD

ORDER

In this habeas corpus action, the respondents were due to respond to the petitioner's amended petition for writ of habeas corpus by April 24, 2026. *See* ECF Nos. 10, 37. On April 24, Respondents filed a motion for extension of time, requesting a 45-day extension, to June 8, 2026. (ECF No. 38.) Respondents' counsel states that the extension is necessary because of obligations in other cases and represents that Petitioner Ignacio Valencia, who is represented by appointed counsel, does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 38) is granted. Respondents will have until and including June 8, 2026, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 27, 2023 (ECF No. 10) remains in effect.

DATED THIS 27th day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1